# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ESTEBAN HERNANDEZ, | 2:18-CV-1449-MMD-CLB |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | June 2, 2020 |
| HOWELL, et al. | |
| Defendant. | |

PRESENT:  <u>THE HONORABLE CARLA BALDWIN</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>     LISA MANN     </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                        </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                        </u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to be excluded from the class action case no. 3:19-CV-0577-MMD-CLB (ECF No. 9) is **GRANTED.**  However, this case shall remain STAYED at this time.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>          /s/                    </u>
Deputy Clerk